NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CAMERON LEEZELL TAYLOR, *Petitioner*.

No. 1 CA-CR 23-0534 PRPC

FILED 03-18-2025

Petition for Review from the Superior Court in Maricopa County
No. CR2014-000910-001
The Honorable Michael W. Kemp

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip Daniel Garrow
*Counsel for Respondent*

Cameron Leezell Taylor, Eloy
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Jennifer M. Perkins, Judge James B. Morse Jr., and Judge D. Steven Williams delivered the following decision.

---

**PER CURIAM**:

**¶1**　　　Petitioner Cameron Taylor seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Taylor's second petition.

**¶2**　　　We will not disturb a superior court's ruling on a petition for post-conviction relief absent an abuse of discretion or legal error. *See State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). Taylor has the burden to show that the superior court erred in denying his petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011).

**¶3**　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. Taylor has not established error.

**¶4**　　　We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:　　　　JR